# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

No. 24-5285

September Term, 2024

1:24-cv-01895-RDM

**Filed On:** August 27, 2025

Darnell Denard Neal,

      Appellant

    v.

Scott Bessent, Secretary of the United States
Treasury,

      Appellee

### ON APPEAL FROM THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

**BEFORE:**    Millett, Pillard, and Rao, Circuit Judges

### J U D G M E N T

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief and appendix filed by the appellant. See Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's order filed November 13, 2024, be affirmed. Appellant has not shown that the district court abused its discretion in denying his motion for reconsideration because appellant failed to cure the jurisdictional defects identified by the district court when it dismissed his case. See Smalls v. United States, 471 F.3d 186, 191 (D.C. Cir. 2006). In addition, appellant has provided no reasonable basis to question the impartiality of the district court judge. See 28 U.S.C. § 455.

# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

## No. 24-5285

## September Term, 2024

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

## **Per Curiam**

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:  /s/
Daniel J. Reidy
Deputy Clerk